# MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**A. John P. Mancini**
Partner
T: +1 212 506 2295
F: +1 212 849 5895
JMancini@mayerbrown.com

May 14, 2025

BY EXPRESS MAIL

Clerk's Office
Richard C. Lee U.S. Courthouse
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

RE: **Request for Registration of Foreign Judgment**

Dear Sir or Madam:

We represent plaintiffs, Carlos Eduardo Marrón, Maria Marrón, C.R., a minor, and S.A., a minor ("Plaintiffs") in the above-referenced request. We write to respectfully request that the Clerk's Office commence an action against defendants, Nicolas Maduro Moros, Fuerzas Armadas Revolucionarias de Colombia ("FARC"), The Cartel of the Suns a.k.a. Cartel de Los Soles, Vladimir Padrino Lopez, Maikel Jose Moreno Perez, Nestor Luis Reverol Torres, Tarek William Saab, and Tareck El Aissami ("Defendants") in regards to the registration of the enclosed Foreign Judgment.

Accordingly, please find enclosed herewith true and correct copies of: (1) the Clerk's Certification of a Judgment to be Registered in Another District (AO 451 form), along with the attached Order entered and dated as of February 13, 2023 ("Foreign Judgment"), for registration; and (2) a check in the amount of $52.00.

Thank you in advance for your assistance with this matter and please do not hesitate to contact my office should you need any additional or further information in connection with this matter.

Sincerely,

*[signature]*

A. John P. Mancini

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability
partnership which operates in temporary association with Hong Kong partnership Johnson Stokes & Master)
and Tauil & Chequer Advogados (a Brazilian law partnership).

781376634.1